Heron Vasquez III, Esq.
Nevada Bar No. 15666
2820 S. Jones Blvd., Unit 1
Las Vegas, NV 89146
Telephone: (702) 806-0910
Email: HV3Law@HeronLV.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| E.B., a minor, by his father and legal guardian, James Bayliss; JAMES BAYLISS, an individual;<br><br>Plaintiffs<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; JESUS JARA, an individual; DANIEL EBIHARA, an individual; BRIAN BRILL, an individual; GERALD BUSTAMONTE, an individual; DEANA JASKOLSKI, an individual; CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT;<br><br>Defendants | Case Number:<br>2:23-cv-00403-CDS-EJY<br><br>STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 4(m); ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiffs may have additional time within which to respond to Defendants' motion to dismiss. Therefore, the last day for defendant to respond to Defendants' motion to dismiss is Friday, September 22, 2023, and Defendants' last day to file a reply brief is Friday, October 6, 2023.

1

Good cause existing for the extension as Plaintiffs have recently retained counsel and require additional time to become knowledgeable about the case and pertinent motion.

DATED this 22nd day of September 2023.

LIPSON NEILSON P.C.

/s/ Lisa Zastrow
LISA J. ZASTROW, ESQ. (NV Bar 9727)
JONATHAN K. WONG, ESQ. (NV Bar 13621)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendants*

I hereby attest that I have Attorney Zastrow's consent to affix her electronic signature to this e-filed document.

HERON LAW PLLC

/s/ Heron Vasquez III
HERON VASQUEZ III, ESQ.
Nevada Bar No. 15666
*Attorney for Plaintiffs*

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Plaintiffs should reply to Defendants' motion to dismiss on or before Friday, September 22, 2023, and Defendants may file a reply brief on or before Friday, October 6, 2023.

Granted *nunc pro tunc* to the date of plaintiff's request.

DATED: September 26, 2023

_____
Cristina D. Silva
United States District Judge

3