1  LIPSON NEILSON P.C.
   LISA J. ZASTROW, ESQ.
2  Nevada Bar No. 9727
   JONATHAN K. WONG, ESQ.
3  Nevada Bar No. 13621
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   Phone: (702) 382-1500
5  Fax: (702) 382-1512
   lzastrow@lipsonneilson.com
6  jwong@lipsonneilson.com

7  *Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| E.B., a Minor, by his Father and Legal Guardian, JAMES BAYLISS; JAMES BAYLISS, an individual,<br><br>Plaintiffs,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; JESUS JARA, an Individual; DANIEL EBIHARA, an Individual; BRIAN BRILL, an Individual; GERALD BUSTAMONTE, an Individual; DEANA JASKOLSKI, an Individual; CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT,<br><br>Defendants. | Case No: 2-23-cv-00403-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF 1]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective attorneys that Defendants may have an additional five (5) days to file a response to Plaintiff's Complaint [ECF. 1], extending the deadline from February 2, 2024, to and including February 7, 2024.

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond to the allegations in Plaintiff's Complaint. The parties have entered into this agreement in good faith and not for purposes of delay.

///

///

Bayliss v. Clark County School District<br>Case No: 2-23-cv-00403-CDS-EJY

This request will not cause any prejudice to the parties in this matter.

**IT IS SO STIPULATED.**

Dated this 1st day of January, 2024.

| | |
|---|---|
| By: */s/ Heron Vasquez*<br>Heron Vasquez III, Esq.<br>Nevada Bar No. 15666<br>2820 S. Jones Blvd., Unit 1<br>Las Vegas, NV 89146<br>(702) 806-0910<br>HV3Law@HeronLV.com<br><br>*Attorney for Plaintiffs* | LIPSON NEILSON P.C.<br><br>By: */s/ Lisa J. Zastrow*<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>JONATHAN K. WONG, ESQ.<br>Nevada Bar No. 13621<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500<br>lzastrow@lipsonneilson.com<br>jwong@lipsonneilson.com<br><br>*Attorneys for Defendants* |

### ORDER

Based on the foregoing stipulation of the parties,

**IT IS SO ORDERED.**

Dated: February 1, 2024

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

LIPSON NEILSON P.C.

By: */s/ Lisa J. Zastrow*
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
JONATHAN K. WONG, ESQ.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
lzastrow@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Defendants*