UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| E.B., a minor, by his father and legal guardian, JAMES BAYLISS; JAMES BAYLISS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; JESUS JARA, an individual; DANIEL EBIHARA, an individual; BRIAN BRILL, an individual; GERALD BUSTAMONTE, an individual; DEANA JASKOLSKI, an individual; CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT,<br><br>Defendants. | Case No. 2:23-cv-00403-CDS-EJY<br><br>**ORDER** |

On March 28, 2024, the Court issued a Minute Order alerting the parties to the fact that they were not in compliance with Local Rule 26-1 because they failed to file a discovery plan and scheduling order. ECF No. 30. The Court ordered the parties to file a proposed joint discovery plan and scheduling order no later than 14 days thereafter. To date, the parties have not complied with the Court's Order.

Accordingly, IT IS HEREBY ORDERED that under Local Rule 26-2 (titled "Time for Completion of Discovery When no Scheduling Order is Entered"), the Court adopts the standard 180 day discovery plan and scheduling order measured from today's date. The following discovery plan and scheduling order dates shall apply.

1. <u>Discovery Deadline</u>: Discovery shall be completed by **October 14, 2024** (180 days from the date of the Court's August 18, 2021 Order).

2. <u>Deadline to Amend Pleadings and Add Parties</u>: **July 16, 2024** (90 days prior to the close of discovery).

3. <u>Deadline to Disclose Initial Expert Disclosures</u>: **August 15, 2024** (60 days prior to the close of discovery).

1

4. <u>Deadline to Disclose Rebuttal Expert Disclosures</u>:  **September 16, 2024** (30 days after the disclosure of initial experts).

5. <u>Deadline to File Dispositive Motions</u>:  **November 13, 2024** (30 days after the close of discovery).

6. <u>Deadline to File Joint Pretrial Order</u>:  **December 13, 2024** (30 days after the date set for filing dispositive motions; provided, however, that if dispositive motions are filed, this deadline shall be extended to 30 days after the Court issues a decision on such motions).

7. <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>:  The parties shall include the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them in the joint pretrial order.

8. <u>Later Appearing Parties</u>:  A copy of this discovery plan and scheduling order shall be served on any person served after it is entered or, if additional defendants should appear, within five (5) days of their first appearance.  This discovery plan and scheduling order shall apply to such later appearing parties, unless a stipulation of the parties approved by the Court or the Court, on motion for good cause shown, orders otherwise.

9. <u>Extension or Modifications of the Discovery Plan and Scheduling Order</u>:  LR 26-3 governs modifications or extension of this discovery plan and scheduling order.  Any stipulation or motion must be made not later than twenty-one (21) days before the expiration of the subject deadline and comply fully with LR 26-3.

Dated this 17th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE