# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

E.B., *et al.*,

    Plaintiff(s),

v.

CLARK COUNTY SCHOOL DISTRICT, *et al.*,

    Defendants.

Case No. 2:23-cv-00403-CDS-NJK

**Order**

[Docket No. 37]

Pending before the Court is a motion for Heron Vasquez III to withdraw as counsel for Plaintiffs. Docket No. 37. For good cause shown, the motion to withdraw is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect Plaintiffs' addresses as stated at Docket No. 1-1 at 1 and Plaintiff James Bayliss' email as stated at Docket No. 37 at 7.

Parents are not permitted to bring claims on behalf of their minor children without an attorney. *Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997). Plaintiff James Bayliss is **ORDERED** to retain counsel for the claims brought by E.B. Counsel must file a notice of appearance by **February 12, 2025**. **Failure to retain counsel by this deadline may result in the dismissal of E.B. as a plaintiff in the case**. No later than February 12, 2025, Plaintiff James Bayliss must either have counsel for his claims file a notice of appearance or file notice that he intends to proceed *pro se* as to any claims he has brought in his individual capacity.

Further, Plaintiffs' counsel seeks an extension to file an amended complaint. Docket No. 37 at 5. The Court **DENIES** without prejudice counsel's request.

Plaintiffs' counsel must serve a copy of this order on Plaintiffs and must file a proof of service no later than January 16, 2025.

IT IS SO ORDERED.

Dated: January 13, 2025

                                        Nancy J. Koppe
                                        United States Magistrate Judge