# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| E.B. *et al.*,<br>    Plaintiffs,<br>v.<br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br>    Defendants. | Case No. 2:23-cv-00403-CDS-NJK<br><br>**Order** |

On January 13, 2025, the Court ordered Plaintiff James Bayliss to retain counsel for the claims brought by E.B., no later than February 12, 2025. Docket No. 39 at 1. Further, Plaintiff Bayliss was ordered to either have counsel for his claims file a notice of appearance or file notice that he intended to proceed *pro se* as to any claims he has brought in his individual capacity. *Id*. Plaintiff Bayliss violated that order. *See* Docket. The Court again **ORDERS** James Bayliss to retain counsel for the claims brought by E.B. Counsel must file a notice of appearance by **March 3, 2025**. Further, by **March 3, 2025,** Plaintiff must either file a notice that he intends to proceed *pro se* or new counsel must enter an appearance on his behalf.

**FAILURE TO COMPLY MAY RESULT IN THE DISMISSAL OF E.B. AS A PLAINTIFF IN THE CASE AND SANCTIONS.**

IT IS SO ORDERED.

Dated: February 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1