# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| E.B. *et al.*,<br>     Plaintiffs,<br>v.<br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br>     Defendants. | Case No. 2:23-cv-00403-CDS-NJK<br><br>**Order** |

On January 13, 2025, the Court ordered Plaintiff James Bayliss to retain counsel for the claims brought by E.B., no later than February 12, 2025. Docket No. 39. Further, the Court ordered Plaintiff Bayliss to either have counsel for his claims file a notice of appearance or to file notice that he intended to proceed *pro se* as to any claims he has brought in his individual capacity. *Id*. Plaintiff Bayliss violated that order. *See* Docket. On February 24, 2025, the Court extended the deadline to March 3, 2025. Plaintiff also violated that order. *See* Docket.

The Court again **ORDERS** Plaintiff Bayliss to retain counsel for the claims brought by E.B. Counsel must file a notice of appearance by **March 31, 2025.** Further, Plaintiff Bayliss must either file a notice that he intends to proceed *pro se* or new counsel must enter an appearance on his behalf by **March 31, 2025**. **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.** The Clerk's Office is **INSTRUCTED** to serve Plaintiff via both his mailing address and his email address.

IT IS SO ORDERED.

Dated: March 5, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1