AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

James Bayliss et al.,

                         Plaintiffs,

     v.

Clark County School District et al.,

                        Defendants.

                      **JUDGMENT IN A CIVIL CASE**

                      Case Number: 2:23-cv-00403-CDS-NJK

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendants, Clark County School District et al., and against Plaintiffs, James Bayliss et al. This case is dismissed without prejudice but without leave to amend.


05/13/2025
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk